ADDISON A. KEELER, Respondent, *v.* ROME, WATERTOWN AND OGDENSBURG RAILROAD COMPANY, Defendant, and NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

*Keeler* v. *Rome, W. & O. R. R. Co.*, 90 App. Div. 611, affirmed.
(Argued March 9, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1903, affirming a judgment in favor of plaintiff entered upon a verdict.

*L. B. Williams* for appellant.

*D. Raymond Cobb* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Not sitting: GRAY, J.

---

NATHANIEL T. BACON, Respondent, *v.* IGNATIUS R. GROSSMAN, Appellant.

*Bacon* v. *Grossman*, 92 App Div. 622, affirmed.
(Argued March 9, 1905; decided April 11, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1904, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Gormly J. Sproull* and *Hugh M. Harmer* for appellant.

*Selden Bacon* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.